# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151600(63)

CHANCE LOWERY,
                 Plaintiff-Appellee,

v

ENBRIDGE ENERGY, LIMITED PARTNERSHIP
and ENBRIDGE ENERGY PARTNERS, L.P.,
                 Defendants-Appellants.
_____/

SC: 151600
COA: 319199
Calhoun CC: 2011-003414-NO

On order of the Chief Justice, the motion of the Michigan Chamber of Commerce for leave to file an amicus curiae brief and to extend the deadline for filing the brief is GRANTED. The amicus brief will be accepted as timely filed if submitted on or before August 29, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2016



Clerk